<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ROSALIN DENISE MARSHALL and TIJUANA RENEE JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>HOWARD L. KAPLUS, ESQ.,<br><br>Defendant. | Civil Action No. 23-02499 (SDW) (JRA)<br><br>**ORDER**<br><br>May 10, 2023 |

**THIS MATTER** having come before this Court upon Plaintiff Rosalin Denise Marshall and Tijuana Rene Johnson's ("Plaintiffs") Complaint, (D.E. 1), filed on April 19, 2023, against Defendant Howard L. Kaplus, Esq. ("Defendant"), for the reasons stated in this Court's Whereas Opinion dated May 10, 2023,

**IT IS**, on this 10th day of May 2023,

**ORDERED** that Plaintiffs' Complaint, (D.E. 1), is *sua sponte* **DISMISSED WITH PREJUDICE** and the matter shall be closed.

**SO ORDERED**.

                                                  /s/ Susan D. Wigenton
                                      **SUSAN D. WIGENTON, U.S.D.J.**

Orig: Clerk
cc: Jose R. Almonte, U.S.M.J.
      Parties